

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-21-2007

# Shardar v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 06-1238

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Shardar v. Atty Gen USA" (2007). *2007 Decisions.* Paper 4.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/4

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Peter D. Keisler
Assistant Attorney General
Civil Division

Christopher C. Fuller
Senior Litigation Counsel

Matthew A. Spangler (Argued)
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

      Counsel for Respondent

_____

OPINION OF THE COURT

_____

SHAPIRO, District Judge

Mohammad Arif Shardar ("Shardar"), a native and citizen of Bangladesh, petitions for review of a Board of Immigration Appeals ("BIA" or "Board") order denying his motion to reopen his immigration proceedings. We grant the petition for review and remand to the BIA for further proceedings.

Peter D. Keisler
   Assistant Attorney General
   Civil Division
Alison M. Igoe
   Senior Litigation Counsel
Richard M. Evans, Esquire
Joan E. Smiley, Esquire
Lyle D. Jentzer, Esquire (Argued)
Ada E. Bosque, Esquire
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

   Counsel for Respondent

## ORDER AMENDING PRECEDENTIAL OPINION

AMBRO, *Circuit Judge*

   It is now ordered that the published Opinion in the above case filed September 19, 2007, be amended as follows:

   On page 9, on line 5, change "*Sevovian*" to "*Sevoian*"

   On page 13, line 15, change "*Sevovian*" to "*Sevoian*"

   On page 14, line 4, change "*Sevovian*" to "*Sevoian*"

   On page 18, line 20, change "*Sevovian*" to "*Sevoian*"

   On page 22, line 3, change "*Sevovian*" to "*Sevoian*"

   On page 22, line 19, change "*Sevovian*" to "*Sevoian*"

                              By the Court,

                              /s/ Thomas L. Ambro
                              Circuit Judge

Dated: December 21, 2007

2